UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOY JACKSON, on behalf of her minor son, M.J., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | No. CV 12-09583-VBK <br><br> JUDGMENT |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: August 27, 2013         /s/
                        VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE