Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CBSN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    Email:  Francesco.benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY JACKSON, on behalf of her minor son, M.J., <br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 2:12-cv-09583-VBK<br><br>*[PROPOSED]* ORDER AWARDING EAJA FEES |

1 | Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
2 | IT IS ORDERED that EAJA fees are awarded in the amount of FOUR
3 | THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($4,200.00) subject to
4 | the terms of the stipulation.

7 | DATED:  October 8, 2013                             /s/
8 |                                         HONORABLE VICTOR B. KENTON
                                            UNITED STATES MAGISTRATE JUDGE